LAW OFFICES

# BENNETT & JOHNSON LLP

July 7, 2009

**ORIGINAL FILED**

JUL 1 0 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAIN OFFICE
1901 Harrison Street
Suite 1580
Oakland, CA 94612
(510) 444-5020
FAX (510) 835-4260

Magistrate Judge James Larson
United States District Court
450 Golden Gate Ave.
San Francisco, California 94102

**RE:** **Rochin v. City of Concord, et al;**
**United States District Court Case No. C09-00758 JL**

Dear Judge Larson:

I am plaintiff's counsel in the above entitled matter that was recently reassigned to you for trial and all further proceedings. This case was initially ordered to Mediation by Judge Armstrong on May 21, 2009. However, the assignment of James Hodgkins as Mediator was not mailed to the parties until June 26, 2009.

Counsel had a telephone conference with the mediator today to discuss scheduling the mediation. Based on the original order referring the case to mediation the parties must complete mediation by August 19, 2009. Due to the vacation and trial schedules of counsel discovery will not be completed by the current mediation deadline. Counsel has discussed their desire to postpone the mediation for 90 days with the mediator and he has no objection extending the mediation deadline to November 19, 2009 subject to your approval and order. The extension will allow the parties additional time to complete initial discovery and then participate in a meaningful mediation.

Please give this matter your consideration and let us know if you would be willing to extend the mediation deadline to November 19, 2009. Thank you for your attention to this request.

Very truly yours,

BENNETT & JOHNSON LLP

William C. Johnson

**SO ORDERED**

JAMES LARSON
U.S. MAGISTRATE JUDGE

WCJ:ch
cc: Noah G. Blechman, Esq.
    James Hodgkins, Esq., Mediator

NAPA COUNTY
1001 Second Street
Suite 275
Napa, CA 94559
(707) 257-2110

SANTA BARBARA
COUNTY
204 North Vine Street
Santa Maria, CA 93454
(805) 922-6674