1 | WILLIAM C. JOHNSON, ESQ. (State Bar No. 85224)
BENNETT & JOHNSON, LLP
2 | 1901 Harrison Street, Suite 1580
Oakland, California 94612
3 | Telephone: (510) 444-5020
Facsimile: (510) 835-4260
4

Attorneys for Plaintiff
5 | JOSE O. ROCHIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ROCHIN, | CASE NO.: C 09-0758 (JL) |
| Plaintiff, | |
| vs. | **STIPULATION TO FILE AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAME FOR FICTITIOUS NAME AND ORDER THEREON** |
| CITY OF CONCORD, OFFICER B. COLLINS, and DOES 1 through 20, inclusive, | |
| Defendants, | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that this court may allow Plaintiff to file an Amendment to the Complaint on file herein, a copy of which is attached hereto;

IT IS SO SITPULATED,

DATED: 11/10/09

BENNETT & JOHNSON, LLP

By_____
William C. Johnson, Esq.
Attorneys for Plaintiff

STIPLUATON TO FILE AMENDMENT TO COMPLAINT
AND ORDER THEREON

1

|   |   |
|---|---|
| 1 | |
| 2 | DATED: 11/10/09      MCNAMARA LAW FIRM |

DATED: 11/10/09

MCNAMARA LAW FIRM

By: _____
Noah G. Bleehman, Esq.
Attorneys for Defendants
CITY OF CONCORD AND OFFICER B. COLLINS

### ORDER

IT IS HEREBY ORDERED that Plaintiff may file an Amendment to the Complaint as referred to in the stipulation above.

DATED: 11/17/09

_____
James Larson
Chief Magistrate Judge

---

STIPLUATON TO FILE AMENDMENT TO COMPLAINT
AND ORDER THEREON

2

WILLIAM C. JOHNSON, ESQ. (State Bar No. 85224)
BENNETT & JOHNSON, LLP
1901 Harrison Street, Suite 1580
Oakland, California 94612
Telephone: (510) 444-5020
Facsimile: (510) 835-4260

Attorneys for Plaintiff
JOSE O. ROCHIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ROCHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, OFFICER B. COLLINS, and DOES 1 through 20, inclusive,<br><br>    Defendants, | CASE NO.: C 09-0758 (JL)<br><br>**AMENDMENT TO COMPLAINT SUBSTITUTING TRUE NAME FOR FICTITIOUS NAME** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff was ignorant of a Defendant's name, stated that fact in the complaint, and designated the Defendant by a fictitious name. Defendant's true name has now been discovered and plaintiff hereby amends the complaint as follows:

OFFICER C. SOUZA to substitute for DOE 1.

DATED: October 30, 2009            BENNETT & JOHNSON, LLP

                                   By: _____
                                       WILLIAM C. JOHNSON
                                       Attorneys for the Plaintiff

AMENDMENT TO COMPLAINT                        1