JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF CONCORD AND OFFICER B. COLLINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE O. ROCHIN,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, OFFICER B. COLLINS, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. CV 09-0758 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES**<br><br>Action Filed: 2/25/2009<br><br>Trial Date:    11/15/10 |

IT IS HEREBY STIPULATED between the parties as follows:

WHEREAS by Case Management and Pretrial Order ("Order") dated 8/13/09 (Document No. 25), non-expert and expert discovery deadlines and the pretrial and trial dates were also initially set in this case;

WHEREAS per that Order, fact discovery is scheduled to close on April 2, 2010, expert disclosures are due April 16, 2010 (per separate order), the expert discovery deadline is June 4, 2010, and dispositive motions should be heard per the regular notice requirements. The trial of this matter is set for November 15, 2010, and the final pretrial conference is set for October 27, 2010 per the Order;

WHEREAS the parties have diligently, in good faith and cooperation proceeded with discovery in this matter. The parties have exchanged initial disclosures, written discovery has

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT DEADLINES - CV 09-0758 JL

been exchanged, both sides have produced numerous documents and are actively taking party and witness depositions. Several officer depositions are currently calendared for the first two weeks of March and witness depositions are tentatively scheduled for middle of March. In addition, Plaintiff's counsel has agreed to allow Plaintiff to under an IME by Defendants which is set to go forward on April 1, 2010.

WHEREAS due to the recent trial of defense counsel in the latter half of January 2010, in the matter of *Stringer et al. v. City of San Pablo, et al*, (C07-3544 MEJ) ("*Stringer* case"), other pending matters of defense counsel had to be set for February 2010, making February 2010 essentially unavailable for discovery in this case.

WHEREAS this matter has already undergone a mediation on November 10, 2009, and a follow up mediation is set for April 8, 2010, in this matter.

WHEREAS counsel on both sides of this matter have met and conferred to come up with a revised schedule to the Court's Order in relation to such discovery issues, a plan that will not impact the pretrial conference or the trial date. In addition, it is highly unlikely that any party will be filing a dispositive motion in this matter which should allow the parties some additional flexibility with this schedule.

WHEREAS the parties have not previously continued the discovery dates included in the Court's Order at any time.

Good cause is present to extend the currently set deadlines as follows:

| Deadline Description | Current Date | Proposed Modified Date |
|---|---|---|
| Close of Non-Expert Discovery | April 2, 2010 | June 4, 2010 |
| Expert Disclosure | April 16, 2010 | June 18, 2010 |
| Rebuttal Expert Disclosure | No current deadline | July 1, 2010 |
| Close of Expert Discovery | June 4, 2010 | July 30, 2010 |
| Dispositive Motion Hearing Date | No hearing deadline. | No change. |
| Pretrial Conference | October 27, 2010 | No change. |
| Trial Date | November 15, 2010 | No change. |

IT IS SO STIPULATED.

Dated: February 17, 2010

McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Noah G. Blechman
Attorneys for Defendants
CITY OF CONCORD AND OFFICER B. COLLINS

Dated: February 17, 2010

BENNETT & JOHNSON, LLP

By: _____
William C. Johnson
Attorney for Plaintiff
JOSE O. ROCHIN

## ORDER

The parties have demonstrated good cause to modify the Court's original Case Management Order of August 13, 2009 (Document No. 25), as follows:

| Deadline Description | New Deadline Date |
| --- | --- |
| Close of Non-Expert Discovery | June 4, 2010 |
| Expert Disclosure | June 18, 2010 |
| Rebuttal Expert Disclosure | July 1, 2010 |
| Close of Expert Discovery | July 30, 2010 |
| Dispositive Motion Hearing Date | No change (no hearing deadline). |
| Pretrial Conference | No change (October 27, 2010). |
| Trial Date | No change (November 15, 2010). |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 22, 2010

By: _____
Honorable James Larson
United States District Court Magistrate Judge

STIPULATION AND ORDER CONTINUING CASE
MANAGEMENT DEADLINES - CV 09-0758 JL            3